In the Matter of BURR HORNBECK, Appellant, against JAMES P. ASKIN et al., as Commissioners of Election of the County of Sullivan, Respondents.

Argued November 2, 1955; decided November 2, 1955.

*Ellsworth Baker* for appellant.
*Irving Bershader, County Attorney,* for respondents.

Order affirmed, without costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.